## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| GARY HARDEN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 5:12-CV-80(MTT) |
| ARCILLA MINING AND LAND, LLC, | ) ) ) |
| Defendant. | ) ) |

### ORDER

This matter is before the Court because the Plaintiff has moved to strike Defendant's affirmative defenses. (Doc. 10). The Parties expended much effort discussing issues such as whether *Iqbal* and *Twombly* apply to affirmative defenses. The Court believes that it can get to the heart of this matter much more quickly if the Defendant provides the Court with the following information:

With regard to each affirmative defense raised in your amended answer, provide the following information:

(a) State each fact upon which you base the defense;

(b) Identify each individual with knowledge of each fact upon which you base the defense; and

(c) Identify each document that evidences each fact upon which you base your affirmative defense.

The Defendant shall provide this information no later than August 31, 2012.

**SO ORDERED**, this the 17th day of August, 2012.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT