**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| CHAPTER 7 TRUSTEE, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 5:12-CV-80 |
| | ) | |
| v. | ) | **JURY TRIAL REQUESTED** |
| | ) | |
| ARCILLA MINING & LAND, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties,[1] through undersigned counsel, hereby file this stipulation of dismissal with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), seeking to dismiss with prejudice all of the claims of the Plaintiff in this action against the Defendant.

Respectfully submitted this 6th day of December, 2012.


/s/ Jeff Kerr

Jeff Kerr
Georgia Bar No. 634260
John L. Mays
Georgia Bar No. 986574
MAYS & KERR LLC
229 Peachtree Street, Suite 980
Atlanta, GA  30303
Tel: 404-410-7998
Fax: 404-855-4066
jeff@maysandkerr.com
john@maysandkerr.com

ATTORNEYS FOR PLAINTIFF

/s/ Edward N. Boehm, Jr.

Claud L. McIver
Georgia Bar No. 494125
Edward N. Boehm, Jr.
Georgia Bar No. 183411
FISHER & PHILLIPS LLP
1075 Peachtree Street NE, Suite 3500
Atlanta, GA 30309
Tel: 404-231-1400
Fax: 404-240-4249
cmciver@laborlawyers.com
tboehm@laborlawyers.com

ATTORNEYS FOR DEFENDANT


---

[1] The Chapter 7 Trustee is the real party in interest as a result of the original Plaintiff Gary Harden's March 30, 2012, bankruptcy filing.

1